UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>Jorge Navarro-Botello<br><br>    Defendant. | 2:09-MJ-1313<br><br>ORDER OF DETENTION AFTER HEARING ( Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation Supervised Release) Conditions of Release) |

    On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

    The court finds no condition or combination of conditions that will reasonably assure:

    (A) ☒ the appearance of defendant as required; and/or

    (B) ☒ the safety of any person or the community.

//

//

The court concludes:

A. [X] Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:

_he will not engage in criminal activity_

(B) [✓] Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:

_he will obey conditions of release._

IT IS ORDERED that defendant be detained.

DATED: 6/26/09

_____
SUZANNE H. SEGAL
UNITED STATES MAGISTRATE JUDGE

2